UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PAUL LUMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | No. 4:08-cv-00514-C-W-HFS (Consolidated) |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| PAUL G. ANDERSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION REGARDING SETTLEMENT**

WHEREAS, the parties to the above-captioned litigation (the "Litigation") have reached an agreement to settle this Litigation;

WHEREAS, the parties are in the process of documenting their settlement agreement and preparing the papers necessary for obtaining the Court's approval of their settlement as required by Federal Rule of Civil Procedure 23(e);

WHEREAS, the parties will file all necessary papers relating to the settlement with the Court as soon as practicable;

WHEREAS, Plaintiffs have filed a motion for reconsideration of the Court's Order certifying a class in this Litigation and Defendants' sur-reply is due to be filed on May 7, 2012;

WHEREAS, a stay of the Litigation during the pendency of the Court's approval process will serve the parties' interests and conserve judicial resources;

1

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that:

1. During the pendency of the settlement approval process, this Litigation is hereby stayed;

2. In the event that either party terminates the settlement agreement pursuant to its terms, the terminating party will so notify the Court and the parties will present the Court with a joint motion to modify the Scheduling Order within ten (10) business days.

STIPULATED AND AGREED TO BY:

DATED: May 4, 2012

>ROBBINS GELLER RUDMAN & DOWD LLP
>
> By: s/ Lucas F. Olts
> Arthur C. Leahy
> Lucas F. Olts
> Matthew I. Albert
> **ROBBINS GELLER RUDMAN & DOWD LLP**
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> **ATTORNEYS FOR PLAINTIFFS**
>
> YONKE & POTTENGER, LLC
>
> By: s/ Jason M. Pottenger
> Jason M. Pottenger
> **YONKE & POTTENGER**
> 1100 Main Street, Suite 2450
> Kansas City, MO 64105
> **ATTORNEYS FOR PLAINTIFFS**
>
> KATTEN MUCHIN ROSENMAN LLP
>
> By: s/ Pamela G. Smith
> David H. Kistenbroker
> Pamela G. Smith
> Jennifer C. Ryan
> **KATTEN MUCHIN ROSENMAN LLP**
> 525 West Monroe Street
> Chicago, IL 60661
> **ATTORNEYS FOR DEFENDANTS**

Stinson Morrison Hecker LLP

By: s/ Sean W. Colligan
    Sean W. Colligan
    **STINSON MORRISON HECKER LLP**
    1201 Walnut Street
    Kansas City, MO 64106
    **ATTORNEYS FOR DEFENDANTS**